

# Fourth Court of Appeals
## San Antonio, Texas

March 13, 2015

No. 04-15-00054-CV

**IN THE INTEREST OF S.H.,** a child,

From the 407th Judicial District Court, Bexar County, Texas
Trial Court No. 2014-PA-00641
Honorable Charles E. Montemayor, Judge Presiding

## O R D E R

Appellant's brief in this accelerated appeal was due March 4, 2015, but it was not filed. On March 10, appellant filed a motion for an extension of time until March 18, 2015, to file the brief.

We **grant** the motion and **order** Dennis L. Moreno, appellant's court-appointed appellate attorney, to file appellant's brief by **March 18, 2015**.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 13th day of March, 2015.

_____
Keith E. Hottle
Clerk of Court